IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUAN MANQUERA,

    Plaintiff,

vs.                                                            No. CIV 20-0484 JB\GBW

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF DONA ANA; JOHN
DOE 1; JOHN DOE 2; JOHN DOE 3; NEW
MEXICO BEHAVIORAL HOSPITAL; NEW
MEXICO CORRECTIONAL
DEPARTMENT; GUADALUPE COUNTY
CORRECTIONAL FACILITY and THE
DONA ANA COUNTY DETENTION
CENTER,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order, filed March 18, 2021 (Doc. 40)("Order").  In the Order, the Court dismissed this case without prejudice.  See Order at 5.  Because the Order disposed of all issues and claims before the Court, the Court now enters Final Judgment in this matter.

**IT IS ORDERED** that: (i) all claims are dismissed without prejudice; (ii) this case is dismissed without prejudice; and (iii) Final Judgment is entered.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE

*Counsel*:

Brock Benjamin
Benjamin Law Firm
El Paso, Texas

> *Attorney for the Plaintiff*

Damian L. Martínez
Mynatt Martínez Springer P.C.
Las Cruces, New Mexico

> *Attorneys for Defendants Board of County Commissioners for the County of Dona Ana and the Dona Ana County Detention Center*

Bryan D. Evans
Carla Neusch Williams
Atwood, Malone, Turner & Sabin, P.A.
Roswell, New Mexico

> *Attorneys for Defendants New Mexico Behavioral Health Institute and New Mexico Correctional Department*

April D. White
Yenson, Allen & Wosick, P.C.
Albuquerque, New Mexico

> *Attorneys for Defendant Guadalupe County Correctional Facility*